JS-6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSHUA BURTON,<br><br>            Petitioner,<br><br>   v.<br><br>RAYMOND MADDEN, Warden,<br><br>            Respondent. | Case No. CV 15-7409 DOC (SS)<br><br><br>**JUDGMENT** |

Pursuant to the Court's Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that the above-captioned action is dismissed with prejudice.

DATED:  March 26, 2019

_David O. Carter_
DAVID O. CARTER
UNITED STATES DISTRICT JUDGE